NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Telephone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CV-00027-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF LODGING PROPOSED |
| vs. | ) | ORDER TO RELEASE PFD FUNDS |
| | ) | |
| BARBARA J. BOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

   Plaintiff hereby gives notice of filing the proposed order to release PFD funds in this case.

   Respectfully requested this 18th day of December, 2007, in Anchorage, Alaska.

                              NELSON P. COHEN
                              United States Attorney

                              s/Richard L. Pomeroy
                              RICHARD L. POMEROY
                              Assistant U.S. Attorney
                              222 West 7th Ave., #9, Rm. 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-5071
                              Fax: (907) 271-2344
                              E-mail: richard.pomeroy@usdoj.gov
                              Alaska Bar No.8906031