NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Telephone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CV-00027-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED |
| vs. | ) | ORDER TO RELEASE PFD FUNDS |
| | ) | |
| BARBARA J. BOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff's motion to release the attached Permanent Fund Dividend is hereby GRANTED.

    The attached funds, in the amount of $1323.20, shall be released from the Registry by the Clerk of Court by check made payable to the "United States Department of Justice" and forwarded to the Office of the United States Attorney for District of Alaska, Financial Litigation Unit, as payment toward Defendant's judgment debt.

    IT IS SO ORDERED.


DATED:_____      _____
                                    U.S. DISTRICT COURT JUDGE